### CARLAN *v.* QUILLIAN.

BECK, P. J. Under the pleadings and evidence in this case it does not appear that the trial judge abused his discretion in granting an injunction and appointing a receiver upon the terms stated in his judgment and order.        *Judgment affirmed. All the Justices concur.*

No. 5712. APRIL 16, 1927.

Receivership. Before Judge Stark. Banks superior court. October 16, 1926.

*G. P. Martin,* for plaintiff in error. *Pemberton Cooley,* contra.

---

### TIPPINS *v.* TIPPINS.

PER CURIAM. The evidence is sufficient to support the verdict, and the criticism of the excerpt from the charge of the court is not sufficiently meritorious to require the grant of a new trial.

*Judgment affirmed. All the Justices concur, except Gilbert, J., dissenting.*

· No. 5808. APRIL 16, 1927.

Alimony. Before Judge Meldrim. Chatham superior court. December 4, 1926.

*W. G. Warnell* and *Shelby Myrick,* for plaintiff in error.

*H. Mercer Jordan* and *Robert L. Colding,* contra.